No. 24-1627

# In the United States Court of Appeals For the Eighth Circuit

STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF TEXAS,
*Petitioners*,

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,
*Respondent*,

## Motion To Withdraw Appearance

Pursuant to Federal Rule of Appellate Procedure 27, Autumn Hamit Patterson respectfully moves to withdraw her appearance as counsel for State of Louisiana in this consolidated matter.

Withdrawal is necessary because Autumn Hamit Patterson has accepted another position and will no longer be representing Louisiana. Withdrawal will not prejudice any party because Louisiana will continue to be represented by J. Benjamin Aguiñaga.

1

Dated: March 3, 2025

Respectfully submitted,

ELIZABETH B. MURRILL
Attorney General of Louisiana

*/s/ Autumn Hamit Patterson*
J. BENJAMIN AGUIÑAGA
Solicitor General
AguinagaB@ag.louisiana.gov
AUTUMN HAMIT PATTERSON
Special Assistant Solicitor General

OFFICE OF THE ATTORNEY GENERAL
1885 N. Third Street
Baton Rouge, LA 70802
(225) 506-3746

*Counsel for Petitioner State of Louisiana*

## CERTIFICATE OF COMPLIANCE

I certify that this document complies with the typeface, type-style, and length requirements in Federal Rules of Appellate Procedure 27(d)(1)(E), 27(d)(2), and 32(a)(5), (6) because it is in 14-point Century Schoolbook font and contains 62 words, excluding the parts exempted by the Federal Rules of Appellate Procedure.

*/s/ Autumn Hamit Patterson*
AUTUMN HAMIT PATTERSON

Dated:    March 3, 2025

## CERTIFICATE OF SERVICE

I certify that on March 3, 2025, I filed the foregoing document with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all counsel of record.

*/s/ Autumn Hamit Patterson*
AUTUMN HAMIT PATTERSON
