UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: State of Lousiana, et al. vs. Securities and Exchange Comm'n

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1627 for the following party(s): (please specify)

The State of Texas

☐ Appellant(s) ☑ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Shelby Thompson s/: Shelby Thompson

Firm Name: Office of the Attorney General of Texas

Business Address: P.O. Box 12548, MC-066

City/State/Zip: Austin, Texas 78711-2548

Telephone Number (Area Code): (512) 463-2012

Email Address: Shelby.Thompson@oag.texas.gov

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 9/28/2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: