**IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

**No. 24-1627**

---

**STATE OF IOWA, et al.,**
*Petitioner,*
vs.

**SECURITIES AND EXCHANGE COMMISSION, et al.**
*Respondent*.

---

**STATE OF TEXAS'S NOTICE OF SUBSTITUTION OF COUNSEL**

---

Please take notice that Shelby Thompson, Assistant Attorney General, provided notice of her appearance as counsel for the State of Texas, and is replacing Wesley S. Williams who ended his service with the Office of the Attorney General of Texas. Ms. Thompson will serve as counsel of record for the State of Texas, and hereby requests copies of all further pleadings, filings, or other documents related to this matter be served upon her.

Dated: October 7, 2026

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**WILLIAM D. WASSDORF**
Deputy Attorney General for Civil Litigation

**KELLIE E. BILLINGS-RAY**
Chief, Environmental Protection Division

***/s/ Shelby Thompson***
SHELBY THOMPSON
Assistant Attorney General
Shelby.Thompson@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
Environmental Protection Division
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
(512) 463-2012 | Fax: (512) 320-0911

**COUNSEL FOR PETITIONER STATE OF TEXAS**

## CERTIFICATE OF SERVICE

I certify that on October 7, 2026, I filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

***/s/ Shelby Thompson***
SHELBY THOMPSON