UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Louisiana vs. SEC

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1627 for the following party(s): (please specify)

Better Markets, Inc.
Consumer Federation of America

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☑ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Dominick V. Freda s/: Dominick V. Freda

Firm Name: Better Markets, Inc.

Business Address: 2000 Pennsylvania Ave NW, Suite 408

City/State/Zip: Washington, D.C. 20006

Telephone Number (Area Code): (301) 437-4343

Email Address: dfreda@bettermarkets.org

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 11/18/26, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: